**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CRIMINAL CASE NO. 23-18-DLB-CJS**

**UNITED STATES OF AMERICA**                                   **PLAINTIFF**

**VS.**                                   **<u>ORDER</u>**

**JAMES T. REYNOLDS**                                        **DEFENDANT**

\*\*\*     \*\*\*     \*\*\*     \*\*\*

On December 4, 2023, Magistrate Judge Candace J. Smith, pursuant to referral and with the consent of the parties, conducted a rearraignment proceeding in this case during which Defendant James T. Reynolds pleaded guilty to Counts 1, 2 and 3 of the Indictment. (*See* Doc. # 19). Pursuant to 28 U.S.C. § 636(b)(1), Judge Smith recommends that the Defendant's guilty plea be accepted. (*See* Doc. # 21). Neither side has objected to that Recommendation, and the time to do so has expired. (*Id.* at Page ID 55). Accordingly,

**IT IS ORDERED** that Magistrate Judge Smith's Recommendation to Accept Guilty Plea (Doc. # 21) is hereby **ADOPTED.** Defendant's Plea of Guilty to Counts 1, 2 and 3 of the Indictment is hereby **ACCEPTED.** As set forth in the Recommendation and Sentencing Order, this matter is set for **Sentencing** on **Monday, April 8, 2024 at 8:30 a.m. in Ashland,** during which the Court will also take up acceptance of the parties' Plea Agreement (Doc. # 17).

This 11th day of December, 2023.



Signed By:
*David L. Bunning*  *DB*
United States District Judge

K:\DATA\ORDERS\Ashland Criminal\2023\23-18 Order Adopting Plea.docx